UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY<br>    *Plaintiff,* | § § § § § § § § § | |
| VS. | § § § § § | |
| FREESTONE COUNTY ASSOCIATION, INC., ZACK NEWMAN, ROY NEWMAN, JERRY McLEOD, MICHAEL GRISSETT, CLINT FRYER, JOHN FRYER, LISA WEBB, WENDON MORRISON, STANLEY GREGORY, CLINTON MINCHEW, JR McLELLAND, HUGH FRYER, TRENT TURNER, LADONNA TURNER, DANNY TURNER, BILL SHAMBURGER, TOMMY ROBINSON, TRACY BETSER, JAMES DAVIS, KARLENE GRIFFITH, CLARK FRYER, LINDA GRANT, SID FRYER, SCOTT HOLMES, ANDY BONNER, VICKI ALLRED and CHARLES ALLRED<br>    *Defendants,* | § § § § § § § § § § § § § § § § § § § | C.A. NO. 6:19-cv-00611-ADA |

## ORDER GRANTING AGREED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

CAME ON for consideration the Parties' Agreed Motion to Dismiss all Claims with Prejudice. The court, having consideration the Motion, is of the opinion that said Motion should be GRANTED.

It appearing to the Court that all matters in controversy among Plaintiff, Nautilus Insurance Company, and all Defendants, have been fully and finally resolved, the motion is hereby Granted.

IT IS ORDERED that all claims asserted by Plaintiff against Defendants be and hereby are dismissed with prejudice to the re-filing of same.

IT IS FUTHER ORDERED that all costs of court and attorney's fees are taxed against the

parties incurring same. This is a final and appealable order disposing of all claims by all parties.

SIGNED on this 31st day of August, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE